# EXHIBIT NO. 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| DANIEL MILLS,<br><br>    Plaintiff,<br><br>v.<br><br>STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | No.:<br><br>**COMPLAINT**<br><br>(Breach of Insurance Contract)<br><br>Prayer Amount: $79,480<br><br>(Not Subject to Mandatory Arbitration)<br><br>REQUEST FOR JURY TRIAL |

COMES NOW Plaintiff Daniel Mills, represented by the undersigned, and alleges as follows:

**FIRST CLAIM FOR RELIEF**
**(Breach of Insurance Contract – Express Terms)**

1.

Plaintiff Daniel Mills ("Plaintiff") is, and at all times material to this action was, a resident of Oregon and the owner of real and personal property located at 7916 N Clarendon Avenue, Portland, Oregon (the "property").

/ / /

/ / /

Page 1– COMPLAINT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

2.

Defendant Stillwater Property & Casualty Insurance Company ("Defendant") is, and at all times material to this action was, a corporation domiciled in the state of Florida, authorized to conduct the business of insurance in Oregon, and regularly conducting the business of insurance in Multnomah County, Oregon.

3.

Defendant issued a policy of homeowners insurance, policy number CP3006725 (the "Policy"), to Plaintiff. The Policy was issued for valuable consideration in the form of premiums, which were paid in full by Plaintiff.

4.

Pursuant to the Policy, Defendant insured the property and agreed to indemnify and reimburse Plaintiff for certain losses and expenses, including damage to the dwelling and its contents, and expenses incurred by Plaintiff for repairs and maintaining a normal standard of living while damage was being repaired or replace.

5.

On or about December 1, 2014, while the Policy was in full force and effect, a fire damaged or destroyed the property (the "fire").

6.

The losses sustained by Plaintiff as a result of the fire fall within the coverage provided by the Policy. Pursuant to the terms of the Policy, Plaintiff sought indemnification and reimbursement for all damages, including expenses incurred by Plaintiff as a result of the fire.

/ / /

/ / /

Page 2– COMPLAINT



MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

7.

Plaintiff has performed and satisfied all conditions precedent to recovery under the Policy.

8.

Defendant acknowledged that the losses sustained by Plaintiff fall within the coverage provided by the Policy, but refuses to fully indemnify and reimburse Plaintiff, and has withheld from Plaintiff approximately $79,480 in indemnification and reimbursement owed to Plaintiff.

9.

Defendant's refusal to pay all of the indemnification and reimbursement owed to Plaintiff in accordance with the express terms of the Policy constitutes a breach of the insurance contract.

10.

As a result of Defendant's breach of the insurance contract, Plaintiff has been damaged in the amount of not less than $79,480.

11.

Plaintiff is entitled to recovery of attorney fees under ORS 742.061.

**SECOND CLAIM FOR RELIEF**
**(Breach of Insurance Contract – Implied Covenant)**

12.

Plaintiff realleges and incorporates by reference herein the allegations set forth in paragraphs 1 through 10 above.

13.

Defendant failed to make payment, refused to make payment, and delayed payment for covered losses that were caused by the fire, in violation of

/ / /

Page 3– COMPLAINT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

the covenant of good faith and fair dealing implied in the insurance contract, thus causing damages to Plaintiff.

14.

Defendant breached the implied covenant of good faith and fair dealing by failing to properly investigate the loss, adjust the claim, and indemnify and reimburse Plaintiff in a timely manner for all of the covered losses sustained, and by mischaracterizing and misrepresenting the terms and conditions of the Policy in correspondence with Plaintiff, inconsistent with and in hindrance of the agreed-upon terms of the insurance contract and the objectively reasonable expectations of the parties to the insurance contract, all of which caused and resulted in additional damages to Plaintiff.

15.

It was foreseeable to Defendant that its breach of the implied covenant of good faith and fair dealing would cause and result in damages to Plaintiff.

16.

As a result of Defendant's breach of the implied covenant of good faith and fair dealing, Plaintiff has suffered damages as set forth in paragraph 10 above.

17.

Plaintiff is entitled to recovery of attorney fees under ORS 742.061.

WHEREFORE, Plaintiff prays for the following relief:

1.    On Plaintiff's First Claim for Relief, for damages in an amount not less than $79,480;

2.    For prejudgment interest at the legal rate from the time damages were incurred;

3.    For Plaintiff's attorney fees, costs and disbursements herein; and

Page 4– COMPLAINT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

4. For such other relief as the Court deems just and proper.

DATED: September 21, 2015

                          MALONEY LAUERSDORF REINER, PC

By /s/Andrew C. Lauersdorf
Andrew C. Lauersdorf, OSB #980739
E-Mail: acl@coveragelit.com
Scott A. MacLaren, OSB #123799
E-Mail: sam@coveragelit.com

Attorneys for Plaintiff Daniel Mills

Page 5– COMPLAINT

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417