THE HON. PAUL PAPAK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON -- PORTLAND DIVISION

| | |
|---|---|
| DANIEL MILLS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | Case No. 3:15-CV-01978-PK<br><br>STIPULATION AND <s>(PROPOSED)</s> ORDER OF DISMISSAL OF CLAIMS BETWEEN ALL PARTIES |

## I.  STIPULATION

Stillwater Property & Casualty Insurance Company ("Stillwater") and Daniel Mills, by and through their counsel of record, hereby stipulate to the dismissal of any and all claims that have been or could have been asserted against each other in this matter, with prejudice and without an award of costs or fees. These parties have settled all claims among them.

DATED this 22nd day of June, 2016.

| | |
|---|---|
| s/ *Andrew C. Lauersdorf*<br>s/ *Scott MacLaren*<br>Andrew C. Lauersdorf, OSB #980739<br>Scott MacLaren, OSB #123799<br>1111 E. Burnside St., Suite 300<br>Portland, Oregon 97214 | /s/ *Thomas Lether*<br>Thomas Lether, OSB #101708<br>LETHER & ASSOCIATES, PLLC<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>P: (206) 467-5444 |

STIPULATION & <s>(PROPOSED)</s> ORDER OF
DISMISSAL OF CLAIMS BETWEEN
ALL PARTIES - 1
S:\FILES\Mills, Daniel 15087\Motions\160622 Stip & Dismissal.docx

LETHER & ASSOCIATES, PLLC
1848 WESTLAKE AVE N., SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

t. 503.245.1535  
fx. 503.245.1417  
acl@coveragelit.com  
sam@coveragelit.com  
*Counsel for Plaintiff Daniel Mills*

F: (206) 467-5544  
tlether@letherlaw.com  
*Counsel for Defendants Stillwater Property & Casualty Insurance Company*

## II. ORDER

Based on the foregoing stipulation, it is hereby ORDERED that

1. Any and all claims that have been or could have been asserted in this matter among Stillwater Property & Casualty Insurance Company and Daniel Mills are dismissed, with prejudice and without an award of costs or fees.

SIGNED  
~~DONE IN OPEN COURT~~ this 27th day of June, 2016.

_____  
The Honorable Paul Papak

Presented by:

/s/ Thomas Lether  
Thomas Lether, OSB #101708  
1848 Westlake Ave N., Suite 100  
Seattle, WA 98109  
Telephone: (206) 467-5444  
Facsimile: (206) 467-5544  
tlether@letherlaw.com  
*Counsel for Defendant Stillwater Property & Casualty Insurance Company*

s/ Andrew C. Lauersdorf  
s/ Scott MacLaren  
Andrew C. Lauersdorf, OSB #980739  
Scott MacLaren, OSB #123799  
1111 E. Burnside St., Suite 300  
Portland, Oregon 97214  
t. 503.245.1535  
fx. 503.245.1417  
acl@coveragelit.com  
sam@coveragelit.com  
*Counsel for Plaintiff Daniel Mills*

STIPULATION & (~~PROPOSED~~) ORDER OF DISMISSAL OF CLAIMS BETWEEN ALL PARTIES - 2  
S:\FILES\Mills, Daniel 15087\Motions\160622 Stip & Dismissal.docx

LETHER & ASSOCIATES, PLLC  
1848 WESTLAKE AVE N., SUITE 100  
SEATTLE, WA 98109  
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following parties as indicated:

Andrew C. Lauersdorf
Scott MacLaren
1111 E. Burnside St., Suite 300
Portland, Oregon 97214
t. 503.245.1535
fx. 503.245.1417
acl@coveragelit.com
sam@coveragelit.com
*Counsel for Plaintiff*

[X] ECF     [ ] Via Email     [ ] US Mail     [ ] Legal Messenger

DATED this 22nd day of June, 2016.

/s/ *Hugh Engelhoff*
Hugh Engelhoff, Paralegal

STIPULATION & [PROPOSED] ORDER OF DISMISSAL OF CLAIMS BETWEEN ALL PARTIES - 3
S:\FILES\Mills, Daniel 15087\Motions\160622 Stip & Dismissal.docx

LETHER & ASSOCIATES, PLLC
1848 WESTLAKE AVE N., SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544